1014

No. 77–627. AUSTIN NATIONAL BANK, GUARDIAN v. NORTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–629. LEACH ET AL. v. SAWICKI, JUDGE. Sup. Ct. Ohio. Certiorari denied.

No. 77–632. MURRAY ET AL. v. WAGLE. C. A. 9th Cir. Certiorari denied.

No. 77–640. LAIRD ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–647. YETTE v. NEWSWEEK MAGAZINE ET AL. Ct. App. D. C. Certiorari denied.

No. 77–649. DEMOPOLIS CITY SCHOOL SYSTEM v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–650. SPENCER v. SKELTON ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 77–655. CROUCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–666. VESCO & Co., INC. v. INTERNATIONAL CONTROLS CORP. C. A. 2d Cir. Certiorari denied.

No. 77–679. VALE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–680. WALL STREET TRANSCRIPT CORP. ET AL. v. WAINWRIGHT SECURITIES, INC. C. A. 2d Cir. Certiorari denied.

No. 77–696. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.